UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SHARON MAHN,

    Debtor.

: Chapter 7

: Case No. 22-11466

:

## STIPULATION AND ORDER EXTENDING TIME THROUGH APRIL 30, 2023 TO FILE A MOTION UNDER § 707 OF THE BANKRUPTCY CODE, AND/OR TO OBJECT TO DISCHARGE OR CHALLENGE WHETHER CERTAIN DEBTS ARE DISCHARGEABLE PURSUANT TO §§ 523 AND 727 OF THE BANKRUPTCY CODE

**WHEREAS**, Sharon Mahn, (the "Debtor") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on November 4, 2022, and

**WHEREAS**, the time to move for dismissal and/or object to discharge expires sixty days after the first date set for the meeting of creditors which date, in this case, was December 2, 2022; and

**WHEREAS**, the last date to file a motion for dismissal under § 707 of the Bankruptcy Code and/or file a motion or complaint objecting to the discharge under §§ 523 and 727 of the Bankruptcy Code is January 31, 2023; and

**WHEREAS**, the Debtor and creditor Major, Lindsey & Africa, LLC (MLA) have agreed to extend the time for MLA to file a motion for dismissal under § 707 of the Bankruptcy Code and/or file a motion or complaint objecting to discharge under §§ 523 and 727 of the Bankruptcy Code.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED** by and between the Debtor and MLA as follows:

    1.    The time within which Major, Lindsey & Africa, LLC may file a motion for

1

4893-6901-8955 v1



dismissal under § 707 of the Bankruptcy Code and/or a motion or complaint objecting to discharge under §§ 523 and 727 of the Bankruptcy Code is extended through April 30, 2023, without prejudice to any further extension of time that the creditor Major, Lindsey & Africa, LLC may seek.

2. This Stipulation is subject to the approval of the Bankruptcy Court.

Dated: January 25, 2023
New York, New York

**SHOOK, HARDY & BACON L.L.P.**

William E. Vita, #1963461
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Telephone: (212) 989-8844
Facsimile: (816) 421-5547
Email: wvita@shb.com

*Counsel to Major, Lindsey & Africa, LLC*

**STARR & STARR, PLLC**

/s/ Stephen Z. Starr
Stephen Z. Starr
Starr & Starr, PLLC
260 Madison Avenue, 17th Floor
New York, NY 10016-2401
Telephone: (212) 867-8165
Email: stephenstarr@starrandstarr.com

*Counsel to Debtor*

4893-6901-8955 v1

**IT IS SO ORDERED.**

Dated: January ___, 2023
       New York, New York

                                         _____
                                                 MARTIN GLENN
                                       Chief United States Bankruptcy Judge