Elizabeth L. Janczak, Esq.
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6677
Tel.: 312.360.6722
Fax: 312.360.6520
Email: ejanczak@sgrlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:  SHARON MAHN,                               Case No.: 22-11466-mg

                                                   Chapter 7

                        Debtor.

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Elizabeth L. Janczak, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Major, Lindsey & Africa, LLC, a creditor in the above-referenced case and any related adversary proceedings.

***I certify that I am a member in good standing*** of the bar in the State of Illinois and am admitted to practice for the U.S. District Courts for the Northern and Central Districts of Illinois, Eastern and Western Districts of Arkansas, Southern District of Texas, District of Colorado, Eastern District of Michigan, and the Eastern and Western Districts of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 9, 2024
Chicago, Illinois

                                                   SMITH GAMBRELL & RUSSELL LLP

                                                   By: /s/ Elizabeth L. Janczak

                                                   Elizabeth L. Janczak, Esq.
                                                   311 South Wacker Drive, Suite 3000
                                                   Chicago, IL 60606-6677
                                                   Tel.: 312.360.6722
                                                   Fax: 312.360.6520
                                                   Email: ejanczak@sgrlaw.com

## CERTIFICATE OF SERVICE

      I, Elizabeth L. Janczak, an attorney, hereby certify that a true and correct copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* has been served upon those parties receiving the Court's ECF e-mail notification in this proceeding on February 9, 2024.

                                                            /s/ Elizabeth L. Janczak