UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SHARON MAHN,<br><br>   Debtor. | :<br>:  Chapter 7<br>:<br>:  Case No. 22-11466<br>    (Jointly Administered)<br>: |

## NOTICE OF WITHDRAWAL OF APPEARANCES

PLEASE TAKE NOTICE THAT Mark Moedritzer and William E. Vita, of the law firm of Shook, Hardy & Bacon L.L.P., hereby withdraw their appearances as counsel for Major, Lindsey & Africa, LLC, and hereby further request removal from the electronic docket in this case. Elizabeth L. Janczak of Smith, Gambrell & Russell LLP will continue as counsel for Major, Lindsey & Africa, LLC.

Dated:  February 15, 2024
New York, New York

SHOOK, HARDY & BACon L.L.P.

_____
William E. Vita, #1963461
1 Rockefeller Plaza Suite 2801
New York, NY 10020
Telephone: (212) 989-8844
Facsimile: (929) 501-5455
Email: wvita@shb.com

*Counsel to Major, Lindsey & Africa, LLC*

1

**CERTIFICATE OF SERVICE**

    I certify that on this date, the foregoing Notice of Withdrawal of Appearances was served by the Court's ECF System upon all registered CM/ECF participants.

_____
William E. Vita

4893-7996-5093 v1