**KLESTADT WINTERS JURELLER**  **Objection Deadline: April 29, 2024**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7023
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Lauren C. Kiss

*Counsel to Gregory M. Messer, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                                               :
                                                                          :       Chapter 7
SHARON MAHN,                                              :
                                                                          :       Case No. 22-11466 (MG)
                                 Debtor.                         :
---------------------------------------------------------x

**NOTICE OF TRUSTEE'S INTENT TO**
**ABANDON CERTAIN CLAIMS AND RELATED LITIGATION**

TO:    THE DEBTOR, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL PARTIES IN INTEREST

   **PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007(a), Gregory M. Messer (the "Trustee"), as Trustee of the chapter 7 estate of Sharon Mahn (the "Debtor"), intends to and will abandon (the "Proposed Abandonment") the Debtor's estate's right, title, and interest in and to (i) those claims of the Debtor for sexual harassment against the Debtor's former employer, Major, Lindsey & Africa, LLC et al., as listed on the Debtor's Amended Schedule A/B, Item 34 (collectively, the "Claim") [Docket No. 23] and (ii) the state court action related to the Claim pending in the Supreme Court of the State of New York, County of New York, entitled *Gregory M. Messer, as Chapter 7 Trustee of the Estate of Sharon Mahn v. Lawrence N. Mullman, Jonathan Austin Lindsey, Major, Lindsey & Africa, LLC, and Laurie Ann Caplane,* Index No. 952263/2023 (the "Litigation"). The Trustee, the Trustee's special litigation counsel retained to prosecute the Litigation, and the Debtor disagree on certain aspects of the Claim and Litigation and, as a result, the Trustee will abandon the Claim and the Litigation to the Debtor.

   **PLEASE TAKE FURTHER NOTICE**, that objections to the Proposed Abandonment (an "Objection") by a party in interest must be in writing and filed within fourteen (14) days of the mailing of this notice and be filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF),

Microsoft Word, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004), and served upon Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203, Attn: Fred Stevens and Lauren C. Kiss, Email: fstevens@klestadt.com and lkiss@klestadt.com.

**PLEASE TAKE FURTHER NOTICE** that unless a written Objection to the Proposed Abandonment is timely filed, the Claim and Litigation shall be deemed abandoned to the Debtor as set forth herein. If no Objections are filed, no hearing will be held.

**PLEASE TAKE FURTHER NOTICE** that if a written Objection is timely filed, the Court will notify the Trustee and objecting parties of the date and time of the hearing. Any objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in the Proposed Abandonment being granted. The Trustee will provide separate notice of such hearing to all creditors and parties in interest.

Dated:   New York, New York
         April 15, 2024

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:   */s/ Lauren C. Kiss*
      Fred Stevens
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: fstevens@klestadt.com
             lkiss@klestadt.com

*Counsel to the Chapter 7 Trustee*