# Law Offices of Gregory Messer

26 Court Street, Suite 2400
Brooklyn, New York 11242
Tel. (718) 858-1474 • Fax (718) 797-5360
E-mail: gmesser@messer-law.com

June 11, 2024

United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
Attn: Clerk Office

Re: Sharon Mahn, Case No. 22-11466 MG

Dear Sir or Madam:

Please be advised that my office inadvertently filed a Trustee Report of No Distribution for the above referenced matter on June 10, 2024. This letter is to request that the Trustee Report of No Distribution be withdrawn.

Sincerely,

Gregory Messer

GM/mw