**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re                                                                    :
                                                                              :     Chapter 7
SHARON MAHN,                                                  :
                                                                              :     Case No. 22-11466 (MG)
                                              Debtor.          :
---------------------------------------------------------x

**EIGHTH STIPULATION AND ORDER EXTENDING THE TRUSTEE'S AND UNITED STATES TRUSTEE'S TIME TO (I) FILE A MOTION UNDER 11 U.S.C. § 707 (b) OF THE BANKRUPTCY CODE, AND/OR (II) OBJECT TO DISCHARGE UNDER 11 U.S.C § 727, THROUGH AND INCLUDING OCTOBER 1, 2025**

This stipulation (the "Stipulation") is made and entered into by and between (I) Gregory M. Messer (the "Trustee"), in his capacity as chapter 7 trustee of the estate of Sharon Mahn, the above-captioned debtor (the "Debtor"), and (II) the Debtor (parties to the Stipulation are each a "Party," collectively the "Parties"), as follows:

**RECITALS**

A.      On November 4, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

B.      On the Petition Date, Gregory Messer was appointed as interim trustee of the Debtor's estate, and he has since qualified and is currently serving as permanent trustee herein.

C.      The current deadline for the Trustee to file a motion to dismiss under section 707(b) of the Bankruptcy Code, and/or file a complaint objecting to discharge under section 727 of the Bankruptcy Code, is July 1, 2025 (the "Discharge Deadline").

**AGREEMENT**

**NOW THEREFORE**, relying specifically on the foregoing recitals and in consideration of the mutual promises and covenants contained herein, the Parties hereby stipulate and agree as follows:

1. <u>Recitals Incorporated.</u>  The recitals and precatory phrases and paragraphs set forth above are hereby incorporated in full and made a part of this Stipulation.

2. <u>Extension of Time</u>.  The time for the United States Trustee and/or the Trustee to object to the Debtor's discharge pursuant to section 727 of the Bankruptcy Code, and/or file a motion to dismiss under section 707(b) of the Bankruptcy Code, shall be further extended until **<u>October 1, 2025</u>**, without prejudice to the Trustee's or the United States Trustee's ability to request further extensions within the then-prevailing deadline.

3. <u>Entire Agreement/No Oral Modification</u>. The Parties represent that this Stipulation, together with any prior stipulations, constitute the entire agreement among them in this matter and that this Stipulation may not be changed, modified or altered in any way or manner, except in writing, signed by the party against which such change, modification or alteration is sought to be enforced.

4. <u>Execution of Counterparts</u>.  This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  Any signature delivered by a party via e-mail or telecopier transmission shall be deemed an original signature hereto.

5. <u>Bankruptcy Court Jurisdiction/Choice of Law</u>.  The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to this Stipulation, including, without limitation, for purposes of enforcing the terms and conditions of this Stipulation.  This Stipulation shall be governed by the laws of the State of New York.

6. <u>No Waiver.</u>  No failure or delay by either Party in exercising any right, power, or privilege under this Stipulation or applicable law shall operate as a waiver by that Party of any such right, power or privilege.

7. <u>Severability.</u> The invalidity, illegality, or unenforceability of any provision of this Stipulation shall not affect any other provision of this Stipulation, which Stipulation shall remain in full force and effect and shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

8. <u>Representations of Authority.</u> The persons signing below each represents and warrants that he/she has the authority to enter into this Stipulation on behalf of the Party on whose behalf he/she so signs. The undersigned counsel, each represent that they have the full power and authority necessary to bind their respective clients to the terms of this Stipulation, in the same manner as if the clients have duly executed the same.

9. <u>Costs.</u> Each party to this Stipulation shall bear its own attorneys' fees and costs.

**IN WITNESS WHEREOF**, the Parties have caused this Stipulation to be executed by their duly authorized representatives as of the date set forth below.

| | |
|---|---|
| Dated: New York, New York<br>June 30, 2025 | Dated: New York, New York<br>June 30, 2025 |
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** | **STARR & STARR PLLC** |
| By: */s/ Lauren C. Kiss*<br>Fred Stevens<br>Lauren C. Kiss<br>200 West 41st St., 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br>Email: fstevens@klestadt.com<br>         lkiss@klestadt.com<br><br>*Counsel to Gregory M. Messer,<br>  Chapter 7 Trustee* | By: */s/ Stephen Z. Starr*<br>Stephen Z. Starr<br>260 Madison Avenue, 17th Floor<br>New York, New York 10016<br>Tel: (212) 867-8165<br>Fax: (212) 867-8139<br>Email: sstarr@starrandstarr.com<br><br>*Counsel to the Debtor* |

**IT IS SO ORDERED.**

Dated: July 1, 2025
       New York, New York

/s/ Martin Glenn
MARTIN GLENN
Chief United States Bankruptcy Judge