UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE: Case No. 22-11466 MG

SHARON MAHN,

Chapter 7

Debtor.
-------------------------------------------------------X

**NOTICE OF CASE STATUS**

I Gregory Messer, trustee in the above captioned case am informing the Court that as to the status of the above referenced case below:

**Matter Pending**: Case Closure

**Status**: The Trustee has concluded the investigation for this matter and a Trustee's Report of No Distribution was filed on September 23, 2025.

I note that there is a pending adversary proceeding in this matter that was not commenced by the Trustee or his office.

Dated: March 11, 2026

***/s/ Gregory Messer***

________________________________
GREGORY MESSER, Case Trustee